**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

JAMES GARDNER, JR.,

    Plaintiff,

vs.                              CIVIL ACTION NO.: CV504-084

REBECCA LOWMAN, R.N.,

    Defendant.

## ORDER

Plaintiff has filed a Motion Requesting Status of this case. (Doc. 19.) Plaintiff's motion is **GRANTED** and is advised that the case is pending.

**SO ORDERED**, this 13th day of July, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

GARDNER  )

vs  )  CASE NUMBER CV504-84

LOWMAN  )  DIVISION WAYCROSS

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/13/05, which is part of the official record of this case.

Date of Mailing: 7/13/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: Sherry Taylor
Sherry Taylor, Deputy Clerk

**Name and Address**

James Gardner, Jr., 11573-021, FMC Devens, P.O. Box 879, Ayer, MA 01432
John Cannon

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate